146 A.3d 467

**DARLING, Deshaune Darnell**

v.

**STATE of Maryland**

**No. 260, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 751, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

146 A.3d 467

**DAVIS**

v.

**MD. STATE FARM INSURANCE, Allstate Insurance**

**No. 280, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 398, Sept. Term, 2015).

Petition for writ of certiorari dismissed.